UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRIDA KIMCA, DERRICK SAMPSON, BRITTANY TOMKO, JANCY ORTIZ, DINATRA WYNN, SARAH WARDALE, and JUANITA CORNETT, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>SPROUT FOODS, INC. d/b/a SPROUT ORGANIC FOODS and SPROUT NUTRITION,<br><br>Defendant. | Civil Action No. 21-12977 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

This matter having come before the Court upon the motion filed by Defendant to dismiss Plaintiffs' First Amended Complaint [ECF No. 45]; and Plaintiffs having opposed the motion [ECF No. 46]; and the Court having considered the papers filed by the parties; and the Court having opted to rule on the motion based on the papers submitted and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith;

**IT IS** on this 25th day of April, 2022,

**ORDERED** that Defendant's motion to dismiss the First Amended Complaint is **GRANTED**; and it is further

**ORDERED** that the First Amended Complaint is **DISMISSED** without prejudice.

s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge
